# United States District Court

SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.: **00-06146 CIV-ZLOCH**

MAGISTRATE JUDGE SELTZER

LUTCHMIE SUPAN, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

WASHINGTON MUTUAL BANK, F.A., a federal association,

    Defendant.

_____/

TO: **WASHINGTON MUTUAL BANK, F.A.**
**Hollywood/Emerald Hills Financial Center 1761**
**4921 Sheridan Street**
**Hollywood, Florida 33021**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Levine, Esq.
MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP.
Presidential Circle Building, Suite 620 North
4000 Hollywood Boulevard
Hollywood, Florida 33021
(954) 989-8100

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

Clarence Maddox

DATE: JAN 3 1 2000

CLERK

By: _____
(Deputy Clerk)

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me ¹ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                    Signature of Server

                                                            _____
                                                            Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.