# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 00-6146 CIV-ZLOCH

Plaintiff:
**LUTCHMIE SUPAN**

vs.

Defendant:
**WASHINGTON MUTUAL BANK, F.A.**

For:
Daniel R. Levine, Esq.
MUCHNICK, WASSERMAN & DOLIN
4000 Hollywood Blvd
Suite 710 North
Hollywood FL 33021

Received by OJF SERVICES on the **31st day of January, 2000** at **11:17 am** to be served on **WASHINGTON MUTUAL BANK, F.A., HOLLYWOOD/EMERALD HILLS FINANCIAL CENTER 1761, 4921 SHERIDAN STREET, HOLLYWOOD, FL. 33021**.

I, John L. McLean, do hereby affirm that on the **2nd day of February, 2000** at **2:45 pm, I:**

SERVED the within named CORPORATION by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to ANNE DELGADO as V.P. of the within named corporation.and informing said person of the contents thereof.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a certified process server in the circuit in which it was served. "Under penalty of perjury, I declare that I have read the foregoing (document) and that the facts stated in it are true.

**John L. McLean**
Sps #349

**OJF SERVICES**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(305) 238-7300**
Our Job Serial Number: 2000000606

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3c

# United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

## SUMMONS IN A CIVIL CASE

CASE NO: **00-06146 CIV-ZLOCH**

_____ JUDGE SELTZER

LUTCHMIE SUPAN, on behalf of
herself and all others
similarly situated,

      Plaintiff,

vs.

WASHINGTON MUTUAL BANK, F.A.,
a federal association,

      Defendant.
_____/

TO: **WASHINGTON MUTUAL BANK, F.A.**
**Hollywood/Emerald Hills Financial Center 1761**
**4921 Sheridan Street**
**Hollywood, Florida 33021**

*[handwritten notes: Ann Delgado (JP) 2-2-00 2:45p #745 J. McLerry]*

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Levine, Esq.
MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP.
Presidential Circle Building, Suite 620 North
4000 Hollywood Boulevard
Hollywood, Florida 33021
(954) 989-8100

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

**Clarence Maddox**
CLERK

By: _/s/ Anacula J. Gomez_
(Deputy Clerk)

DATE: JAN 3 1 2000

*[handwritten: 20-606]*