UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.  : 00-6146-CIV-ZLOCH

LUTCHMIE SUPAN

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

WASHINGTON

    Defendant(s).
********************************

| | |
|---|---|
| DATE AND TIME: | 07/25/2000 Tuesday 9:00 A.M.* |
| LOCATION: | Florida Mediation Group<br>28 West Flagler Street, Tenth Floor<br>Miami, Florida 33130<br>305-579-9990 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Martin A. Soll, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-41551



```
CASE NO.      : 00-6146-CIV-ZLOCH
FMG FILE NO.  : 0-41551
PLAINTIFF     : SUPAN
```

Copies on June 30, 2000 to:

Daniel R. Levine, Esq.
Muchnick, Wasserman & Dolin
4000 Hollywood Boulevard
Suite 620 North
Hollywood  FL  33021
Dade 624-9100 Fax 1-954-989-8700


Mark R. Cheskin, Esq.
Steel, Hector & Davis
200 South Biscayne Boulevard
Suite 4000
Miami  FL  33131
305-577-2871 Fax 305-577-7001