UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6146-CIV-ZLOCH
JUDGE      : WILLIAM J. ZLOCH
TRIAL DATE:

LUTCHMIE SUPAN

    Plaintiff(s),

vs.

**MEDIATORS REPORT**

FILED by _____ D.C.

JUL 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WASHINGTON

    Defendant(s).

**********************************

COMES NOW Martin A. Soll, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 07-25-2000 09:30.

__X__   AN AGREEMENT WAS REACHED.

_____   Mediation Agreement attached, with the parties consent.

_____   No Agreement was reached; Impasse.

_____   The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____ this matter shall be considered at an Impasse.

_____   A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

_____   Other:_____

_____.

_____  7-25-00
Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-41551**

(X)                                    ( )
28 W. Flagler St.                      800 E. Broward Blvd.
10th Floor                             Suite 400
Miami, FL. 33130                       Ft. Lauderdale, FL. 33301
(305) 579-9990                         (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties (if unrepresented)

7/25/2000
medrept.fed