UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-6146-CIV-ZLOCH
Magistrate Judge Seltzer

LUTCHMIE SUPAN, etc.,

Plaintiff,

vs.

WASHINGTON MUTUAL BANK, F.A.,
a federal association,

Defendant.

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed between plaintiff Lutchmie Supan and defendant

Washington Mutual Bank, F.A., as follows:

Plaintiff voluntarily dismisses the Complaint and all claims against defendant, with

prejudice, pursuant to a confidential settlement agreement entered into between the parties. The

parties represent that this settlement was negotiated at "arms length" and with the advice of

counsel.

Dated: August 14, 2000

MUCHNICK, WASSERMAN, DOLIN
& LEVINE
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
Telephone: (954) 989-8100
Telecopier: (954) 989-8700

BY: _____ FBN 146315

Daniel R. Levine
Florida Bar No. 0057861

1-NJ 380282 1

Dated: August 9, 2000

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2398
Telephone: (305) 579-0320
Telecopier: (305) 579-0321

BY: _____

Mark R. Cheskin
Florida Bar No. 708402