UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6146-CIV-ZLOCH

LUTCHMIE SUPAN, on behalf of
herself and all others similarly
situated,

      Plaintiff,

vs.

WASHINGTON MUTUAL BANK, F.A.,
a Federal association,

      Defendant.
_____/



**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court upon the Plaintiff, Luchmie Supan, and Defendant, Washington Mutual Bank, F.A.'s Stipulation For Dismissal With Prejudice, bearing file stamp of the Clerk of this Court dated August 16, 2000. The Court having carefully reviewed said Stipulation and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff, Luchmie Supan, and Defendant, Washington Mutual Bank, F.A.'s aforementioned Stipulation For Dismissal With Prejudice be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED,** with prejudice;

3. The Court hereby retains jurisdiction solely for the purpose of enforcing the terms of the settlement agreement entered into by the parties; and

4. To the extent not otherwise disposed of herein, all

pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of August, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Daniel Levine, Esq.
For Plaintiff

Mark Cheskin, Esq.
For Defendant